# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0771
LT Case No. 2018-CF-008204-A

_____

LEVONE STOKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Levone Stokes, Malone, pro se.

No Appearance for Appellee.

March 3, 2026


PER CURIAM.

AFFIRMED.


EDWARDS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____